In the Matter of LOUIS ROTHBARD, an Attorney.— Report of official referee confirmed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of DAISY D. McLAUGHLIN and of WILBERT C. SMEIGH, as Guardian of the Person and Property of MINNIE SMITH, an Incompetent, for Payment of an Award for Damage Parcel No. 15 on the Damage Map under the Decree of the Court in the Proceeding to Acquire Title by THE CITY OF NEW YORK to Certain Lands and Premises Consisting of Two Blocks Bounded by Tilden Avenue, etc., in the Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MICHAEL LUKACS, Respondent, v. THE HOME PATTERN COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ACHILLE MOGANNTE, Respondent, v. JOSEPH ALLAR, Appellant.— Motion for leave to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MARGARET E. MOREY, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Scudder and Davis, JJ.; Hagarty, J., not sitting.

MARY NEENAN, Respondent, v. WOODSIDE ASTORIA TRANSPORTATION Co., INC., Defendant, and JOHN J. HUPPMANN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MARIE NELSON, as Administratrix, etc., of ALBERT NELSON, Deceased, Respondent, v. JOHN J. FELIN & Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, v. JOSEPH CERCHIA and Others, Defendants; JAMES McCARTNEY and ARDSLEY LUMBER Co., INC., Appellants.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

WESTCHESTER AUTOMATIC HEAT, INC., Respondent, v. NATHAN E. DERECKTOR and LINGRACE REALTY CORPORATION, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

JOHN ARMSTRONG, Appellant, v. SIXTY WALL STREET, INCORPORATED, Respondent.—Appeal discontinued on consent. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.